IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF PUERTO RICO

IN RE: MOISES RIVERA RAMOS        Bkrtcy. No. 10-07322-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

Petition Filing Date: Aug 12, 2010          Meeting Date: Sep 13, 2010          DC Track No. 31
Days from petition date: 32                 Meeting Time: 3:00 PM
910 Days before Petition: 2/14/2008         ☐ Chapter 13 Plan Date: Aug 12, 2010 Dkt.# 2   ☐ Amended.
This is debtor(s) 1st Bankruptcy petition.  Plan Base: $5,410.44
This is the 1st Scheduled Meeting           Confirmation Hearing Date: Oct 15, 2010    Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:   Ck/MO No. | Date | Amount    Total Paid In: $0.00

**I. Appearances:** ☐ Telephone ☐ Video Conference    ☑ Creditor(s) present: ☐ None.
☑ Debtor Present           ☑ ID & Soc. OK       ☐ Debtor Absent          BPPR – Cown
☐ Joint Debtor Present     ☐ ID & Soc. OK       ☐ Joint Debtor Absent
Debtor(s) was/were         ☑ Examined           ☐ Not Examined under oath.
Attorney for Debtor(s)     ☑ Present            ☐ Not Present
☐ Substitute attorney:                          ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: MAXIMILIANO TRUJILLO*
Total Agreed: $3,000.00   Paid Pre-Petition: $500.00   Outstanding: $2,500.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:**  ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are)  ☐ Under  ☑ Above Median Income.   Liquidation Value: $26,750.00
Commitment Period is  ☐ 36  ☑ 60 months.  [§1325(b)(1)(B)]   Gen. Unsecured Pool: NO POOL
The Trustee  ☐ RECOMMENDS  ☑ OBJECTS  Plan confirmation.
§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☑ CLOSED  ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☑ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
10 DAYS FOR FIRST PAYMENT TO THE TRUSTEE. PAYSTUBS WILL BE SUBMITTED. NEEDS PRE NUPTIAL AGREEMENT. NEEDS COMPANY BUS SALES FOR COMPANY CHARGES. SCHEDULE "C" WILL BE AMENDED TO CLAIM EXEMPTION FOR KEOUGH PLAN. PLAN MUST BE DATED AND PROVIDE FOR 60 MONTHS.

/s/ José R. Carrión
Trustee          Presiding Officer          Page 1 of ___          Date: Sep 13, 2010